COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re L.D.H. and J.J.R.G.

Appellate case number:        01-19-00130-CV

Trial court case number:      2015-01818J-A

Trial court:                  313th District Court of Harris County

Relator, Angela Cantu, has filed a petition for a writ of mandamus and has filed a motion for emergency relief, seeking a "stay of the trial court's order that lifted a 'no move order,'" signed on February 22, 2019. Relator's motion for emergency relief is **granted**. The trial court's February 22, 2019 order lifting "[t]he prior 'no movement order'" and permitting the Department of Family and Protective Services "to place the children with relatives in Panama" is stayed. The stay is effective until disposition of relator's petition for a writ of mandamus or further order of this Court. The petition for a writ of mandamus remains pending.

The Court requests a response to the petition for a writ of mandamus from real parties in interest. The responses, if any, are due no later than **Friday, March 8, 2019**.

It is so ORDERED.


Judge's signature: __/s/ Justice Julie Countiss_____
            ☑ Acting individually     ☐ Acting for the Court

Date: __February 26, 2019___